B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Etienne Estates At Washington LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **71-0969641** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**301 Washington Avenue**<br>**Brooklyn, NY**<br>ZIPCODE **11205** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Kings** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**301 Washington Avenue, Brooklyn, NY**    ZIPCODE **11238** | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Etienne Estates At Washington LLC** | |
|---|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**The Arc Building LP** | Case Number:<br>**11-46388 (NHL)** | Date Filed:<br>**July 25, 2011** |
| District:<br>**Eastern District Of New York** | Relationship:<br>**Affiliate** | Judge:<br>**Nancy Hershey Lord** |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)                Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Etienne Estates At Washington LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Kevin J. Nash*
Signature of Attorney for Debtor(s)

**Kevin J. Nash**
**Goldberg, Weprin, Finkel,**
**Goldstein, L.L.P.**
**1501 Broadway, 22nd Floor**
**New York, NY 10036**
**(212) 221-5700**
**KNash@GWFGlaw.com**

**February 26, 2014**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Johanna Francis*
Signature of Authorized Individual

**Johanna Francis**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**February 26, 2014**
Date

X _____
Signature

_____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:                                                 Chapter 11

Etienne Estates At Washington LLC,                     Case No.

                             Debtor.

------------------------------------------------------------------x

## DECLARATION PURSUANT TO LOCAL RULE 1007-4

      Johanna ML Francis declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

      1.    I am the member and manager of Etienne Estates LLC, which is the majority member and manager of the Etienne Estates At Washington LLC (the "Debtor"). I submit this Declaration pursuant to Rule 1007-2 of the Local Bankruptcy Rules, to provide background information regarding the Debtor's assets, the circumstances prompting the Chapter 11 filing, and the Debtor's strategies for reorganization.

### (A) The Debtor's Assets

      2.    The Debtor owns certain real property at 301 Washington Avenue, Brooklyn, NY (hereinafter the "Property"). I have resided at the Property my entire life, as has my fourteen year old son. I also maintain personal offices at the Property for my wholly owned companies as well as those entities which I manage for my extended family, although for all intents and purposes, the Property constitutes my primary residence.

3.    The Property is subject to a highly disputed mortgage held by First Central Savings Bank ("FCSB") on which there is claimed a principal balance of $1,786,726.62. In reality, the FCSB mortgage is plagued by numerous defects and is the product of predatory lending practices and shoddy recording and paperwork characteristic of the MERS registration system.

### (B)  Material Events Leading up to the Bankruptcy

4.    The Property has been the subject of foreclosure proceedings since 2011, although for the last several years, the foreclosure laid dormant after the Debtor and I interposed an answer to the foreclosure complaint, challenging multiple procedural and substantive aspects of the alleged mortgage.

5.    Beginning in mid-2013, I entertained settlement discussions with FCSB and its counsel in an attempt to reach a negotiated restructuring of the mortgage, including waiver of all accrued interest and other charges.    These discussions involved FCSB's chairman, Joseph Pistilli. At the time, I was hoping to receive a significant dividend in connection with my claims and equity interest in The Arc Building LP ("Arc"), a companion Chapter 11 case. Last May, Arc closed on a sale of commercial real property in Manhattan for $12 million, and funded its own Chapter 11 plan, resulting in a net balance of approximately $3,380,000, which is now available for distribution to insiders, including my claims and interests.

6.    While I pursued a settlement with FCSB in good faith, the proposed documents prepared by FCSB did not accurately reflect the

2

understandings we had reached. After months of discussions, the settlement collapsed last fall.

7.     In recent weeks, FCSB has sought to turn up the heat on me, and moved for the appointment of a receiver, even though the Property constitutes my residence, and there are no tenants. Since the loan in question was structured by FCSB as a residential home equity line of credit, or HELOC, there is no basis for the appointment of a receiver, as FCSB well knows. Additionally, I recently learned that, without notice to me, FCSB previously obtained the ex parte appointment of a Referee to compute, even though my answer to the complaint was filed, replete with numerous affirmative defenses.

8.     As necessary, I intent to challenge the validity and priority of FCSB's claims on several grounds, including (i) FCSB is relying on a MERS mortgage that is not supported by an original note; (ii) FCSB is seeking to enforce an unrecorded consolidated mortgage and assignment documents from entities which did not have standing to make the purported assignments; and (iii) all of the loan documents contain conflicting statements as to the identity of the borrower, and listing me personally as co-owner.

9.     The Arc insiders are now proceeding with mediation and arbitration to determine final entitlement to the net sale proceeds. This proceeding should be completed in the next few months, and I expect to receive a sizeable recover based on asserted claims in excess of $2.0 million for pre- and post-petition services to Arc. My distribution in ARC can be used to restructure the

3

allowed debt owed to FCSB after objections and proper adjustments. My goal is to retain my home for the benefit of my son and I.

        10.    In the interim, to protect the Property, I have elected to file a Chapter 11 petition to preserve the status quo. My personal interests in the ARC mediation and arbitration are being represented by Ronald Terenzi, Esq. of Stagg, Terenzi, Confusione & Wabnik, LLP. I requested that Goldberg Weprin Finkel Goldstein LLP represent me in this Chapter 11 case because the firm handled the prior Chapter 11 case of Arc, which is now ready to be closed, and participated in the aborted settlement negotiations with FCSB.

### (C) Capital Structure

        11.    The Debtor's sole alleged secured creditor is FCSB.

        12.    Pursuant to Bankruptcy Rule 1007(d), a list containing the names and addresses of the creditors holding unsecured claims against the Debtor is being filed herewith.

        13.    Although the Property is 200 years old and requires renovations, it is still worth more than the disputed secured claim asserted by FCSB. A specific value will be determined after an appraisal, as necessary.

        14.    The current roster of the Debtor's members are as follows: (i) 90% held by Etienne Estates LLC (a single-member LLC owned by me); and (ii) 10% owned by Francis Family Investments LLC.

4

### (D) Reorganization Strategy

15.     My anticipated recovery in the Arc case will dictate the final reorganization strategy. I envision challenging FCSB's secured claim on multiple grounds, with a view of restarting negotiations that give proper deference to the myriad issues plaguing FCSB's standing and the overall enforceability of the loan.

16.     Finally, I note that this case is not being filed as a "single asset real estate" case. I am advised by counsel that the definitional provisions in Section 101(51B) of the Bankruptcy Code specifically exclude residential property with fewer than four units, such as the Property herein.

Dated: New York, NY
       February 26, 2014

_____
Johanna ML Francis

X:\GWFG\new data\Vcn\word\Ltienne Estates At Washington-Johanna ML Francis\Chapter 11 Petition\Local Rule Affidavit 02-26-14 (1).doc

5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                    Chapter 11

Etienne Estates At Washington LLC,                        Case No.

                                    Debtor.
-------------------------------------------------------------------x

## RESOLUTIONS

At a special meeting of Etienne Estates At Washington LLC (the "Company")

conducted by the undersigned on February 25, 2014 in accordance with the Operating

Agreement, it is hereby:

> **RESOLVED**, that the Company is authorized and
> empowered to cause the filing of a petition under Chapter 11 of the
> United States Bankruptcy Code in the United States Bankruptcy
> Court in the Eastern District of New York, and that the same is in
> the best interests of the Company and its creditors and equity
> holders; and it is further
>
> **RESOLVED**, Johanna ML Francis, as Manager of Etienne
> Estates LLC, the Manager of the Company, is authorized and
> empowered to sign all papers in furtherance of proceeding under
> Chapter 11 of the United States Bankruptcy Code on behalf of the
> Company; and it is further
>
> **RESOLVED**, that the Company is authorized to retain the
> firm of Goldberg Weprin Finkel Goldstein LLP, as counsel to
> represent the Company in connection with the purposes of
> proceeding with prosecution of the Chapter 11 case.

Dated: New York, New York
         February 26, 2014

                          ETIENNE ESTATES AT WASHINGTON LLC

                          By: _____
                               Name: Johanna ML Francis
                               Title: Manager of Etienne Estates LLC

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Eastern District of New York

IN RE:                                                        Case No. _____

Etienne Estates At Washington LLC                            Chapter 11
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Robert O'Neill<br>C/O Salenger, Sack, Kimmel & Bavaro<br>180 Froehlich Farm Blvd.<br>Woodbury, NY  11797 | | Tort | Unliquidated<br>Disputed | 400,000.00 |
| NYS Dept Of Taxation<br>Bankruptcy/Special Procedure<br>P.O.Box 5300<br>Albany, NY  12205-0300 | | Taxes | Disputed<br>Subject to<br>Setoff | 0.00 |
| Internal Revenue Service<br>10 Metro Center<br>625 Fulton Street<br>Brooklyn, NY  11201 | | Taxes | Disputed<br>Subject to<br>Setoff | 0.00 |
| New York City Department Of Finance<br>345 Adams Street, 3rd Floor<br>Attn: Legal Affairs<br>Brooklyn, NY  11201 | New York City Corporation Counsel<br>100 Church Street<br>New York, NY  10007 | Taxes | Unliquidated<br>Disputed | 0.00 |
| NYC Water Board<br>P.O. Box 11863<br>Newark, NJ  07101 | New York City Corporation Counsel<br>100 Church Street<br>New York, NY  10007 | Water and sewer | Unliquidated<br>Disputed | 0.00 |
| Aaron Tyk, Referee<br>1651 47th Street<br>Brooklyn, NY  11204 | | Services | Unliquidated<br>Disputed | 0.00 |
| National Grid<br>PO Box 11741<br>Newark, NJ  07101 | | Services | Unliquidated<br>Disputed | 0.00 |
| Con Ed<br>PO Box 1702<br>New York, NY  10116 | | Services | Unliquidated<br>Disputed | 0.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: February 26, 2014          Signature:  _____

                                  Johanna Francis, Manager
                                                                      (Print Name and Title)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                    Chapter 11

Etienne Estates At Washington LLC,                        Case No.

                              Debtor.
------------------------------------------------------------------x

## EQUITY INTEREST HOLDERS

    Etienne Estates LLC                90%

    Francis Family Investments LLC    10%

Dated: New York, New York
      February 26, 2014

                 ETIENNE ESTATES AT WASHINGTON LLC

                 By: _____
                       Name: Johanna ML Francis
                       Title: Manager of Etienne Estates LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:                                                    Chapter 11

Etienne Estates At Washington LLC,                        Case No.

                                    Debtor.

------------------------------------------------------------------x

## SCHEDULE OF PENDING LAWSUITS

1.  First Central Savings Bank v. Etienne Estates At Washington LLC et al.
    Supreme Court of the State of New York, Kings County
    Foreclosure Action
    Index No. 23598/2011

    Attorneys for Plaintiff: Jeffrey A. Gangemi, Esq.
                             Coritsidis & Lambros, PLLC
                             46 Trinity Place, 4th Floor
                             New York, NY 10006
                             Telephone: (212) 797-4600
                             Fax: (212) 797-4601
                             Jeffrey@Corilamb.com

2.  ROBERT O'NEILL v. Etienne Estates At Washington LLC
    Supreme Court of the State of New York, Kings County
    Tort Action
    Index No. 32188/08

    Attorneys for Plaintiff:     Daniel Justus Solinsky, Esq.
                                 Salenger, Sack, Kimmel & Bavaro
                                 180 Froehlich Farm Blvd.
                                 Woodbury, NY 11797
                                 Telephone: (516) 667-0100
                                 Fax: (516) 677-0443
                                 dsolinsky@salsack.com

Dated: New York, New York
       February 26, 2014          ETIENNE ESTATES AT WASHINGTON LLC

                                  By: _____
                                      Name: Johanna ML Francis
                                      Title: Manager of Etienne Estates LLC

X:\GWFG\New Data\Yent\Word\Etienne Estates At Washington-Johanna ML Francis\Chapter 11 Petition\Sch. Suits - 02-26-14.Doc

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                                    Chapter 11

Etienne Estates At Washington LLC,                        Case No.

                              Debtor.

-------------------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Etienne Estates At Washington

LLC (the "Debtor"), certifies that it is a private non-governmental party, and has no corporate

parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       February 26, 2014

                            ETIENNE ESTATES AT WASHINGTON LLC

                            By: _____
                                Name: Johanna ML Francis
                                Title: Manager of Etienne Estates LLC

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Eastern District of New York**

IN RE:                                                    Case No. _____

Etienne Estates At Washington LLC _____    Chapter 11 _____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 2,000,000.00 | | |
| B - Personal Property | Yes | 3 | $ 0.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 1,786,726.62 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 400,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 12 | $ 2,000,000.00 | $ 2,186,726.62 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE Etienne Estates At Washington LLC _____    Case No. _____
                          Debtor(s)                                             (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Presonal residence of Johanna Francis, consisting of three story brownstone at 301 Washington Avenue, Brooklyn, NY | | | 2,000,000.00 | 1,786,726.62 |
| | | TOTAL | 2,000,000.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Etienne Estates At Washington LLC _____    Case No. _____
                    Debtor(s)                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instruction Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>First Central Savings Bank<br>70 Glen Street<br>Glen Cove, NY 11542 | X | | HELOC<br><br><br>VALUE $ 2,000,000.00 | X | X | X | 1,786,726.62 | |
| ACCOUNT NO.<br><br>Jeffrey A, Gangemi, Esq,<br>Coritsidis & Lambros PLLC<br>46 Trinity Place, 4th Floor<br>New York, NY 10006 | | | Assignee or other notification for:<br>First Central Savings Bank<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br>| | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br>| | | VALUE $ | | | | | |

_____0_____ continuation sheets attached

Subtotal
(Total of this page)    $ 1,786,726.62 $

Total
(Use only on last page)    $ 1,786,726.62 $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE Etienne Estates At Washington LLC _____    Case No. _____
_____
Debtor(s)                                                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1 continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE Etienne Estates At Washington LLC _____     Case No. _____
                                    Debtor(s)                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Internal Revenue Service<br>10 Metro Center<br>625 Fulton Street<br>Brooklyn, NY 11201 | | | For notice purposes only. | | | X | unknown | | |
| ACCOUNT NO.<br>New York City Department Of Finance<br>345 Adams Street, 3rd Floor<br>Attn: Legal Affairs<br>Brooklyn, NY 11201 | | | For notice purposes only. | | X | X | unknown | | |
| ACCOUNT NO.<br>New York City Corporation Counsel<br>100 Church Street<br>New York, NY 10007 | | | Assignee or other notification for:<br>New York City Department Of Finance | | | | | | |
| ACCOUNT NO.<br>NYS Dept Of Taxation<br>Bankruptcy/Special Procedure<br>P.O.Box 5300<br>Albany, NY 12205-0300 | | | For notice purposes only. | | | X | unknown | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _____ 1 of _____ 1 continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ | $ | $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Etienne Estates At Washington LLC _____    Case No. _____
                                                                    (If known)
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Aaron Tyk, Referee <br> 1651 47th Street <br> Brooklyn, NY 11204 | | | | | X | X | unknown |
| ACCOUNT NO. <br><br> Con Ed <br> PO Box 1702 <br> New York, NY 10116 | | | | | X | X | unknown |
| ACCOUNT NO. <br><br> National Grid <br> PO Box 11741 <br> Newark, NJ 07101 | | | | | X | X | unknown |
| ACCOUNT NO. <br><br> NYC Water Board <br> P.O. Box 11863 <br> Newark, NJ 07101 | | | For notice purposes only. | | X | X | unknown |

_____ 1 continuation sheets attached

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Etienne Estates At Washington LLC _____    Case No. _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>New York City Corporation Counsel<br>100 Church Street<br>New York, NY 10007 | | | Assignee or other notification for:<br>NYC Water Board | | | | |
| ACCOUNT NO.<br><br>Robert O'Neill<br>C/O Salenger, Sack, Kimmel & Bavaro<br>180 Froehlich Farm Blvd.<br>Woodbury, NY 11797 | | | Disputed litigation claim for alleged slip and fall at Debtor's property. | | X | X | 400,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | $ 400,000.00 |
|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 400,000.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Etienne Estates At Washington LLC _____ Case No. _____
                              Debtor(s)                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Johanna Francis<br>301 Washington Avenue<br>Brooklyn, NY 11205 | First Central Savings Bank<br>70 Glen Street<br>Glen Cove, NY 11542 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Etienne Estates At Washington LLC _____ Case No. _____
                          Debtor(s)                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                                          Debtor

Date: _____    Signature: _____
                                                                              (Joint Debtor, if any)
                                                               [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the Etienne Estates At Washington LLC _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 13 sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: February 26, 2014 _____    Signature: _____

Johanna Francis
                                                               (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1992-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of New York**

**IN RE:** Case No. ____________

Etienne Estates At Washington LLC Chapter 11
Debtor(s)

**STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed " Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an intere st in property that was or is included in the property of another estate under 11 U.S.C. § 541(a) .]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☒ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. Case No.: 11-46388 Judge: Nancy Hershey Lord District/Division: Eastern District, NY

Case still pending (Y/N): Y [*If closed*] Date of closing: ____________

Current status of related case: Chapter 11 Plan confirmed, case pending
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

Manner in which cases are related (*Refer to NOTE above*): Affiliate

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:

N/A

2. Case No.: ____________ Judge: ____________ District/Division: ____________

Case still pending (Y/N): ____ [*If closed*] Date of closing: ____________

Current status of related case: ____________
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

Manner in which cases are related (*Refer to NOTE above*): ____________

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## DISCLOSURE OF RELATED CASES (cont'd)

3. Case No.: _____ Judge: _____ District/Division: _____

Case still pending (Y/N): ____ [*If closed*] Date of closing: _____

Current status of related case: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

Manner in which cases are related (*Refer to NOTE above*): _____

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:



NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.


| | |
|---|---|
| */s/ Kevin J. Nash*_____ 2/26/14 | */s/ Johanna Francis*_____ 2/26/14 |
| Signature of Debtor's Attorney | Signature of Pro Se Debtor/Petitioner |
| | |
| | **301 Washington Avenue**_____ |
| | Mailing Address of Debtor/Petitioner |
| | |
| | **Brooklyn, NY  11205**_____ |
| | City, State, Zip Code |
| | |
| | _____ |
| | Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

<u>NOTE</u>: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
Eastern District of New York

IN RE:                                                          Case No. _____

Etienne Estates At Washington LLC                               Chapter 11 _____
_____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and
correct to the best of their knowledge.

Date: February 26, 2014  _____        _____
                                                  Debtor

                                                  _____
                                                  Joint Debtor


                                                  _____
                                                  Attorney for Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

AARON TYK REFEREE
1651 47TH STREET
BROOKLYN NY 11204

CON ED
PO BOX 1702
NEW YORK NY 10116

FIRST CENTRAL SAVINGS BANK
70 GLEN STREET
GLEN COVE NY 11542

INTERNAL REVENUE SERVICE
10 METRO CENTER
625 FULTON STREET
BROOKLYN NY 11201

JEFFREY A GANGEMI ESQ
CORITSIDIS & LAMBROS PLLC
46 TRINITY PLACE 4TH FLOOR
NEW YORK NY 10006

JOHANNA FRANCIS
301 WASHINGTON AVENUE
BROOKLYN NY 11205

NATIONAL GRID
PO BOX 11741
NEWARK NJ 07101

NEW YORK CITY CORPORATION COUNSEL
100 CHURCH STREET
NEW YORK NY 10007

NEW YORK CITY DEPARTMENT OF FINANCE
345 ADAMS STREET 3RD FLOOR
ATTN: LEGAL AFFAIRS
BROOKLYN NY   11201


NYC WATER BOARD
PO BOX 11863
NEWARK NJ   07101


NYS DEPT OF TAXATION
BANKRUPTCY/SPECIAL PROCEDURE
POBOX 5300
ALBANY NY   12205-0300


ROBERT O'NEILL
C/O SALENGER SACK KIMMEL & BAVARO
180 FROEHLICH FARM BLVD
WOODBURY NY   11797