|  | U.S. Department of Justice<br>Office of the United States Trustee<br>Region 2<br><br>Eastern District of New York |
|---|---|

IN RE:   Etienne Estates at Washington LLC   }   CHAPTER 11
                                             }
                                             }   CASE NO. 114.40786.NHL
                                             }
                                             }
         DEBTOR.                             }

## DEBTOR'S POST-CONFIRMATION
## OPERATING REPORT
## FOR THE PERIOD
FROM   Apr-17   TO   Jun-17

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed::   _____           Date:   April 2nd, 2018
           Johanna Francis
               Print Name

           Managing Director
               Title


Debtor's Address                              Attorney's Address
and Phone Number:                             and Phone Number:
301 Washington Avenue                         1501 Broadway #22
Brooklyn, New York 11205                      #22
                                              New York, New York 10036
Tel.718.857.8052                              Tel.212.221.5700

Note: The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

| MONTHLY OPERATING REPORT - | ATTACHMENT NO. 2 |
|---|---|
| POST CONFIRMATION | |

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name: Etienne Estates at Washington LLC

Case Number: 114.40786.NHL

Date of Plan Confirmation: 05.11.17

| | Quarterly (April to June 2017) | Post Confirmation Total |
|---|---:|---:|
| 1. CASH (Beginning of Period) | $ 85.04 | $ 85.04 |
| 2. INCOME or RECEIPTS during the Period | $ 10,609.91 | $ 10,609.91 |
| 3. DISBURSEMENTS | | |
|   a. Operating Expenses (Fees/Taxes): | | |
|     (i) U.S. Trustee Quarterly Fees | $ 325.00 | $ 325.00 |
|     (ii) Federal Taxes | | |
|     (iii) State Taxes | | |
|     (iv) Other Taxes | $ 3,430.76 | $ 3,430.76 |
|   b. All Other Operating Expenses: | $ 6,854.15 | $ 6,854.15 |
|   c. Plan Payments:* | | |
|     (i) Administrative Claims | | |
|     (ii) Class One | | |
|     (iii) Class Two | | |
|     (iv) Class Three | | |
|     (v) Class Four | | |
|     (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $ 10,609.91 | $ 10,609.91 |
| 1. CASH (End of Period) | $ $ 85.04 | $ 85.04 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.