|  | U.S. Department of Justice |
|---|---|
|  | Office of the United States Trustee |
|  | Region 2 |
|  | Eastern District of New York |

IN RE: Etienne Estates at Washington LLC }  CHAPTER 11
} 
} CASE NO. 114.40786.NHL
}
}
DEBTOR. }

## DEBTOR'S POST-CONFIRMATION OPERATING REPORT FOR THE PERIOD

FROM  Oct-17  TO  Dec-17

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed:: _____   Date: April 2nd, 2018

Johanna Francis
Print Name

Managing Director
Title

Debtor's Address and Phone Number:
301 Washington Avenue
Brooklyn, New York 11205

Tel.718.857.8052

Attorney's Address and Phone Number:
1501 Broadway #22
#22
New York, New York 10036
Tel.212.221.5700

Note: The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

| MONTHLY OPERATING REPORT - | ATTACHMENT NO. 2 |
|---|---|
| POST CONFIRMATION | |

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name: Etienne Estates at Washington LLC

Case Number: 114.40786.NHL

Date of Plan Confirmation: 05.11.17

|  | Quarterly (Oct to Dec 2017) | Post Confirmation Total |
|---|---|---|
| 1. CASH (Beginning of Period) | $ 85.04 | $ 85.04 |
| 2. INCOME or RECEIPTS during the Period | $ 42,868.14 | $ 195,763.25 |
| 3. DISBURSEMENTS | | |
| a. Operating Expenses (Fees/Taxes): | | |
| (i) U.S. Trustee Quarterly Fees | $ 325.00 | $ 975.00 |
| (ii) Federal Taxes | | |
| (iii) State Taxes | | |
| (iv) Other Taxes | $ 3,552.48 | $ 10,401.00 |
| b. All Other Operating Expenses: | $ 38,990.66 | $ 134,387.25 |
| c. Plan Payments:* | | |
| (i) Administrative Claims | | $ 20,000.00 |
| (ii) Class One | | |
| (iii) Class Two | | |
| (iv) Class Three | | $ 30,000.00 |
| (v) Class Four | | |
| (Attach additional pages as needed) | | |
| Total Disbursements (Operating & Plan) | $ 42,868.14 | $ 195,763.25 |
| 1. CASH (End of Period) | $ 85.04 | $ 85.04 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.