|  | U.S. Department of Justice |
|---|---|
|  | Office of the United States Trustee |
|  | Region 2 |
|  | Eastern District of New York |

IN RE: Etienne Estates at Washington LLC } CHAPTER 11
} 
} CASE NO. 1-14-40786-NHL
}
}
DEBTOR. }

## DEBTOR'S POST-CONFIRMATION
## OPERATING REPORT
## FOR THE PERIOD
FROM    Jan-18    TO    Mar-18

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed:: _____     Date: April 2nd, 2018
Johanna Francis
Print Name

Managing Director
Title

Debtor's Address
and Phone Number:
301 Washington Avenue
Brooklyn, New York 11205

Tel.718.857.8052

Attorney's Address
and Phone Number:
1501 Broadway #22
#22
New York, New York 10036
Tel.212.221.5700

Note: The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name: Etienne Estates at Washington LLC

Case Number: 114.40786.NHL

Date of Plan Confirmation: 05.11.17

| | | Quarterly (Jan to March 2018) | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 85.04 | $ 85.04 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 39,808.42 | $ 235,571.67 |
| 3. | **DISBURSEMENTS** | | |
| | a. **Operating Expenses (Fees/Taxes):** | | |
| | (i) U.S. Trustee Quarterly Fees | $ 325.00 | $ 1,300.00 |
| | (ii) Federal Taxes | | |
| | (iii) State Taxes | | |
| | (iv) Other Taxes | | $ 10,401.00 |
| | b. **All Other Operating Expenses:** | $ 39,483.42 | $ 173,870.67 |
| | c. **Plan Payments:*** | | |
| | (i) Administrative Claims | | $ 20,000.00 |
| | (ii) Class One | | |
| | (iii) Class Two | | |
| | (iv) Class Three | | $ 30,000.00 |
| | (v) Class Four | | |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 39,808.42 | $ 235,571.67 |
| 1. | **CASH (End of Period)** | $ 85.04 | $ 85.04 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.